**AFFIRM; and Opinion filed October 30, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00063-CR

**ROBBIE WILLIAM LEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. 2-12-287**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Lewis
Opinion by Justice Lewis

Robbie William Lee waived a jury and pleaded guilty to assault involving family violence with a prior assault-family violence conviction. The trial court assessed punishment at ten years' imprisonment. On appeal, appellant's attorney filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/David Lewis/
DAVID LEWIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

130063P.U05

-2-



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROBBIE WILLIAM LEE, Appellant

No. 05-13-00063-CR  V.

THE STATE OF TEXAS, Appellee

Appeal from the County Court at Law of Rockwall County, Texas (Tr.Ct.No. 2-12-287).
Opinion delivered by Justice Lewis, Justices Bridges and Fillmore participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered October 30, 2013.

/David Lewis/
DAVID LEWIS
JUSTICE